CROWN AUTO CLEARING CORPORATION, Appellant, *v.* GYONYORU TAXI CORPORATION, Defendant, and MATTHEW H. BURKE GARAGE, INC., Respondent.

(Submitted March 14, 1934; decided May 22, 1934.)

*Samuel Firestone* for appellant.
*Arthur Hutter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.